IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02314-WYD-BNB

MALISSA J. BECKER,

    Plaintiff,

v.

RICHARD J. BOUDREAU & ASSOCIATES, LLC,

    Defendant.

## ORDER

THIS MATTER comes before the Court on plaintiff, Malissa J. Becker's, Notice Of Voluntary Dismissal With Prejudice [ECF No. 11], filed on October 24, 2012.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice. Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

Dated: October 24, 2012

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge